## IN THE UNITED STATED DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VETA B. FAISON, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: 4:10-cv-02603 |
| | : | |
| v. | : | (JUDGE JONES) |
| | : | |
| THE UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant | : | |
| | : | |

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on September 12, 2011 and the results of that conference are indicated below:

   **X**     The case has been completely settled.

_____  No settlement reached.

_____  The parties have reached an impasse. The parties and the mediator agree that the future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.


Date:   September 12, 2011                    /s/Zygmunt R. Bialkowski, Jr., Esq.
                                                                    Signature of Mediator